IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jackson | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Consumer Portfolio Services | : | NO.09-2547 |
| | : | |
| | : | |

ORDER

A Settlement Conference in the above-captioned case will be held on September 23, 2009 at 10:00am before the Honorable Linda K. Caracappa, United States Magistrate Judge, in Room 3042, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

The Court assumes that settlement of this case is a real possibility, and the Court has set aside the entire day for this conference. Parties are to remain present until expressly released by the Court.

**Counsel are directed to have clients with ultimate authority to settle physically PRESENT in the courtroom for the duration of this conference.**[1]

Counsel are further directed to complete the enclosed Settlement Conference Summary to be faxed or mailed to Chambers on or before September 16, 2009.

The Settlement Conference Summary comes as an attachment to this Order for ECF subscribers.

**BY THE COURT:**

s/Linda K Caracappa

________________________

Hon. Linda K. Caracappa
267-299-7640/267-299-5075 Fax

Date: September 2, 2009
cc:

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with ultimate settlement authority is also required to attend.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| | : | No. |

**SETTLEMENT CONFERENCE SUMMARY**

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**

**Name:** ______________________________________________

**Address:** ______________________________________________

**Phone:** ______________________________________________

**Client:** ______________________________________________

**CLIENT ATTENDING SETTLEMENT CONFERENCE:**

**Name of Individual with Ultimate Settlement Authority**
**who will be present at the settlement conference:** ____________________

**MOTIONS PENDING:**

______________________________________________

______________________________________________

______________________________________________

**STATUS OF DISCOVERY:**

______________________________________________

______________________________________________

______________________________________________

**OTHER RELEVANT MATTERS:**

______________________________________________________________________

______________________________________________________________________
____________
______________________________________________________________________

**PRIOR OFFERS/DEMANDS:**

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**ATTACH SYNOPSIS OF CASE**

**IDENTIFY: 1) CAUSES OF ACTION 2) PROOFS OF SAME, AND 3) ITEMIZATION AND PROOF OF DAMAGES CLAIMED. COUNSEL SHOULD ALSO INCLUDE ANY OTHER INFORMATION THAT WOULD BE HELPFUL TO THE COURT IN EVALUATING THIS MATTER.**