**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WADE JACKSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CONSUMER PORTFOLIO SERVICES,** | : | **NO. 09-2547** |
| **INC., et al** | : | |

## ORDER

     **AND NOW**, this 3rd day of September, 2009, it having been reported that the issues

between the parties in this action have been settled and upon Order of the Court pursuant

to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that

this action is **DISMISSED** with prejudice, without costs, pursuant to agreement of counsel.


          S/ Timothy J. Savage
          TIMOTHY J. SAVAGE, J.